MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RONALD L. BISHOP,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　No.
vs.　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　)
HEATING & COOLING SUPPLY LLC　　　 )
and BACKGROUND INVESTIGATIONS　　  )
OF WASHINGTON, LLC,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　 )
_____ )　JURY DEMANDED

COMPLAINT

1.  The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p.  Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

PRELIMINARY STATEMENT

2.  The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C Section 1681 et seq. (hereinafter referred as the "FCRA"). Plaintiff seeks actual damages, punitive damages, costs and attorney's fees.

3.  Plaintiff is a natural person and is a resident and a citizen of the State of Nevada and of the United States.  Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4. The Defendant, Heating & Cooling Supply LLC (hereinafter referred to as HCS and/or "User") is a foreign limited liability company with its principal place of business in Coconut Grove, FL.

5. The Defendant, Background Investigations of Washington, LLC, (hereinafter referred to as BIW and/or "User") is a foreign limited liability company with its principal place of business in Lake Oswego, OR.

## CAUSE OF ACTION

### Statement of Facts

6. Plaintiff's business established a *commercial charge account* with HCS approximately 15 years ago.

7. The account was established with Plaintiff's business, Bishop Air Service (BAS) and not with Plaintiff individually.

8. HCS has intermittently sold air conditioning parts to BAS over the years.

9. Plaintiff has made no personal purchases from BAS.

10. Plaintiff has never provided a personal authorization for HCS to access his personal credit profile.

11. BAS was late making payments to HCS during 2010.

12. As a result, HCS terminated its credit account with BAS during October, 2010.

13. HCS then obtained Plaintiff's personal credit profile through BIW.

14. At the time HCS acquired Plaintiff's profile neither Plaintiff nor BAS owed Defendants anything.

15. On or about May 13, 2011, Plaintiff received a credit report from Equifax Information Services, LLC (Exhibit 1). Exhibit

2

1 reflects that Users accessed Plaintiff's credit profile on April 20, 2011.

16. The referenced inquiry has become a permanent component of the Plaintiff's credit profile and is reported to those who ask to review the credit history of the Plaintiff.

17. Upon best information and belief, Users agreed and represented in their agreements with the various credit reporting agencies that Users would request and use consumer reports which were obtained from said agencies only for purposes which are lawful under the FCRA as defined under § 1681b.

18. Users were required pursuant to FCRA §§ 1681b(f), 1681n and 1681o to refrain from obtaining consumer reports from credit reporting agencies under false pretenses.

19. At no time material hereto did Plaintiff ever have a relationship of any kind with Users as defined under FCRA § 1681b(a)(3)(A)-(F).

20. Users have never been ordered by a court of competent jurisdiction to issue a consumer report pursuant to FCRA § 1681b(a)(1). Plaintiff has never knowingly given written instructions to Users to obtain and/or release to a third party a consumer report of which Plaintiff was the subject pursuant to FCRA § 1681b(a)(2).

21. Users had an affirmative duty to follow reasonable procedures, including those that would prevent the impermissible accessing of consumer reports.

22. Reasonable procedures for users include restricting the ability of its agents to obtain consumer reports on consumers for any impermissible purpose.

23. Upon best information and belief, Users' illegal and surreptitious acquisition of Plaintiff's credit reports derived from an interest and priority well beyond the scope of the FCRA.

24. Users have, upon best information and belief, compromised their relationship with the various credit reporting agencies in falsifying the basis upon which Plaintiff's report was obtained.

25. Users have compromised Plaintiff's access to credit in imparting to past, present and future credit grantors that Plaintiff has applied for credit in tandem with a personal relationship with Users.

## Statement of Claim

26. Defendants/Users willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. Users have falsely, purposely, surreptitiously and maliciously obtained the Plaintiff's credit reports in violation of FCRA § 1681b(f).

    b. Users have falsely, purposely, surreptitiously and maliciously obtained the Plaintiff's credit reports in violation of FCRA § 1681n.

    c. Users have obtained the Plaintiff's credit reports in violation of FCRA § 1681o.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant:

    a) actual damages;

    b) punitive damages;

c)   attorney's fees; and

e)   costs.

Respectfully submitted,

*[signature]*

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff



▶ Print This Page    ▶ Close Window

# Equifax Credit Report ™ for Ronald L. Bishop

As of: 05/13/2011
Available until: 06/12/2011
Confirmation #: 1633679437

Report Does Not Update

| Section Title | Section Description |
|---|---|
| 1. Credit Summary | Summary of account activity |
| 2. Account Information | Detailed account information |
| 3. Inquiries | Companies that have requested or viewed your credit information |
| 4. Negative Information | Bankruptcies, liens, garnishments and other judgments |
| 5. Personal Information | Personal data, addresses, employment history |
| 6. Dispute File Information | How to dispute information found on this credit report |

## Credit Summary

Your Equifax Credit Summary highlights the information in your credit file that is most important in determining your credit standing by distilling key credit information into one easy-to-read summary.

## Accounts

Lenders usually take a positive view of individuals with a range of credit accounts - car loan, credit cards, mortgage, etc. - that have a record of timely payments. However, a high debt to credit ratio on certain types of revolving (credit card) accounts and installment loans will typically have a negative impact.

| Open Accounts | Total Number | Balance | Available | Credit Limit | Debt to Credit Ratio | Monthly Payment Amount | Accounts with a Balance |
|---|---|---|---|---|---|---|---|
| Mortgage | 3 | $834,386 | $57,695 | $892,081 | 94% | $6,141 | 3 |
| Installment | 1 | $3,450 | $15,665 | $19,115 | 18% | $244 | 1 |
| Revolving | 9 | $15,766 | $33,606 | $49,372 | 32% | $463 | 2 |
| Other | 0 | $0 | N/A | N/A | N/A | $0 | 0 |
| Total | 13 | $853,602 | $106,966 | $960,568 | 89% | $6,848 | 6 |

## Debt by Account Type

**EXHIBIT 1**

| | | | |
|---|---|---|---|
| Date Reported: | 10/2009 | Amount Past Due: | |
| Date of Last Payment: | 05/2004 | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | 05/2004 |
| Date Major Delinquency First Reported: | | Months Reviewed: | 88 |
| Creditor Classification: | | Activity Designator: | Paid and Closed |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | 02/2009 | Type of Loan: | Credit Card |
| Date of First Delinquency: | N/A | | |
| Comments: | Account closed at consumers request | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | * | * | * | * | * | * | * | * | * | | | |
| 2008 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2005 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2004 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2003 | * | * | * | * | * | * | * | * | * | * | * | * |

⬆Back to Top

## Other Accounts

These are all accounts that do not fall into the other categories and can include 30-day accounts such as American Express.

**You have no accounts classified as "Other" on file**

⬆Back to Top

## Payment History Key

| Meaning | Symbol | Meaning | Symbol |
|---|---|---|---|
| Pays or Paid as Agreed: | * | 180+ Days Past Due: | 180 |
| 30-59 Days Past Due: | 30 | Collection Account: | CA |
| 60-89 Days Past Due: | 60 | Foreclosure: | F |
| 90-119 Days Past Due: | 90 | Voluntary Surrender: | VS |
| 120-149 Days Past Due: | 120 | Repossession: | R |
| 150-179 Days Past Due: | 150 | Charge Off: | CO |

## Inquiries

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two years. There are two types of inquires those that may impact your credit rating and those that do not.

**Inquiries that may impact your credit rating**
These inquires are made by companies with whom you have applied for a loan or credit.

| Name of Company | Date of Inquiry |
|---|---|
| BACKGROUND INVESTIGATION::1633679437 | 04/20/11 |

**Creditor Contact Information**
BACKGROUND INVESTIGATION
412 Jefferson Pkwy
Lake Oswego, OR 970351232

| CENTRAL BOILER, INC. | 03/29/11, 11/16/09 |

**Creditor Contact Information**
CENTRAL BOILER, INC.
20502 160th St
Greenbush, MN 567269251

| DISH NETWORK | 12/07/09 |

**Creditor Contact Information**
DISH NETWORK
9601 S Meridian Blvd
Bldg 1 Flr 3 Cmo
Englewood, CO 801125905

| ELAVON ACQ | 09/25/09 |

**Creditor Contact Information**
ELAVON ACQ
7300 Chapman Hwy
Knoxville, TN 379206612

| LANDSAFE CREDIT::1633679437 | 07/22/10 |

**Creditor Contact Information**
LANDSAFE CREDIT
1515 Walnut Grove Ave
Rosemead, CA 917703710
(800) 447-1692

| LEXISNEXIS RISK & INFORMATION::1633679437 | 11/24/09 |

**Creditor Contact Information**
LEXISNEXIS RISK & INFORMATION
6601 PARK OF COMMERCE BLVD
BOCA RATON, FL 33487-8247

| THE HOME DEPOT/CBSD | 11/15/09 |

**Creditor Contact Information**
THE HOME DEPOT/CBSD
Ccs Gray Ops Ctr
541 Sid Martin Rd