```
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RONALD L. BISHOP,<br><br>    Plaintiff,<br><br>vs.<br><br>HEATING & COOLING SUPPLY LLC<br>and BACKGROUND INVESTIGATIONS<br>OF WASHINGTON, LLC,<br><br>    Defendants. | No. 2:11-cv-01083-PMP-PAL |

NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO
DEFENDANT BACKGROUND INVESTIGATIONS OF WASHINGTON, LLC, *ONLY*

Pursuant to FRCP 41(a)(1)(i), the Defendant Background Investigations of Washington, LLC, named not having filed or served an answer, motion for summary judgment or otherwise having appeared herein; the Plaintiff(s) in the above-entitled action as to the Defendant Background Investigations of Washington, LLC requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal without prejudice, each party to bear its own costs and attorney's fees.

DATE: July 12, 2011

IT IS SO ORDERED.

*/s/ Philip M. Pro*

PHILIP M. PRO, U.S. DISTRICT JUDGE

Dated: July 14, 2011.

*/s/ Mitchell D. Gliner*
MITCHELL D. GLINER, ESQ.
Attorney for Plaintiff