MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RONALD L. BISHOP,           )
                            )
    Plaintiff,              )
                            )   No. 2:11-cv-01083-PMP-PAL
vs.                         )
                            )
HEATING & COOLING SUPPLY LLC)
and BACKGROUND INVESTIGATIONS)
INCORPORATED,               )
                            )
    Defendants.             )
_____)

NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41(a)(1)(i), the Defendant(s) named not having filed or served an answer, motion for summary judgment or otherwise having appeared herein; the Plaintiff(s) in the above-entitled action as to the Defendant(s) named requests, authorizes and directs the Clerk of Court to enter a judgment of dismissal with prejudice, each party to bear its own costs and attorney's fees.

DATED: August 6, 2011

IT IS SO ORDERED

*[signature]*

PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: September 7, 2011.

Respectfully submitted,

/s/ Mitchell D. Gliner, Esq.
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff